FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Darenthia Grayson DEFENDANT(S). | CASE NUMBER ED08-223M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __6-5-08__, _____, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Oswald Parada__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/4/08__          _____
                                 U.S. District Judge/Magistrate Judge