

FILED
CLERK, U.S. DISTRICT COURT

JUN  5 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><div align="right">PLAINTIFF</div><div align="center">v.</div><br>Darenthia Grayson<br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>ED08MJ223<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
| --- | --- |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing
is set for ___6/6/08___ , _____ , at ___3:00___ ☐a.m. /☒p.m. before  the
Honorable ___O Swald Parada___ , in Courtroom ___3___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
<div align="center">*(Other custodial officer)*</div>

Dated: ___6/5/08___

OSWALD PARADA
_____
U.S. District Judge/Magistrate Judge

---